IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEE MOMIENT, | ) |
|                 Plaintiff, | ) |
| v. | ) |
| EOS CCA, | ) |
|                 Defendant. | ) |

**NOTICE OF REMOVAL**

Defendant, EOS CCA, by and through its undersigned counsel, David M. Schultz and Palak N. Shah of Hinshaw & Culbertson LLP, and pursuant to 28 U.S.C. §1446 invokes this Court's jurisdiction under the provisions of 28 U.S.C. §1331 and 28 U.S.C. §1441(b) and states the following grounds for removal:

1. On or about January 27, 2016, Plaintiff filed his Complaint against Defendant in the Circuit Court of Cook County, Illinois. A copy of the Summons and Complaint are attached hereto and incorporated herein by reference as Exhibit A.

2. On or about January 29, 2016, Defendant was served with a copy of Plaintiff's Complaint. *See* Exhibit A.

3. Copies of the above mentioned Complaint and Summons constitute true and correct copies of all process, pleadings and orders served upon Defendant.

4. The Complaint asserts a federal cause of action against Defendant for purported violations of the Telephone Consumer Protection Act ("TCPA").

5. This Notice was filed with the Clerk of the United States District Court within thirty (30) days after service of the complaint upon the Defendant. 28 U.S.C. §1446(b).

6. 28 U.S.C. §1441(a) provides as follows:

(a) Generally. Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

7. The United States District Court for the Northern District of Illinois has jurisdiction over the Plaintiff's claim due to the fact that the allegations against Defendant contained in his Complaint arise under the Constitution, laws or treaties of the United States. 28 U.S.C. §1331.

8. Plaintiff claims Defendant violated the TCPA by placing telephone calls to Plaintiff's cellular telephone using an Automatic Telephone Dialing System or pre-recorded voice without his consent. Plaintiff seeks recovery for "statutory, actual, exemplary, and punitive damages."

9. The Plaintiff's Complaint invokes federal question jurisdiction because the allegations involve claims under the TCPA, 47 U.S.C. § 227 *et. seq*.

10. Plaintiff asserts one state law claim for invasion of privacy based entirely upon the same allegations allegedly giving rise to his federal claims and which are inextricably linked to Plaintiff's federal claims. Ex. A.

WHEREFORE, Defendant EOS CCA, prays this Notice be granted and that said action be removed in its entirety from the Circuit Court of Cook County, State of Illinois to the United States District Court for the Northern District of Illinois as provided by law.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/ Palak N. Shah
Palak N. Shah

David M. Schutlz
Palak N. Shah

Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
pshah@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **February 29, 2016,** I electronically filed the forgoing **Notice of Removal** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served upon all parties of record with a copy of the same to be served by regular mail and electronic mail to the following:

> Lee Momient
> P.O. Box 608082
> Chicago IL 60660
> *Pro Se*

>> HINSHAW & CULBERTSON LLP
>>
>> */s/ Palak N. Shah*
>> Palak N. Shah