**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| LEE MOMIENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:16-cv-02677 |
| v. | ) | Honorable Edmond E. Chang |
| | ) | |
| EOS CCA, US ASSET MANAGEMENT, INC., | ) | |
| and AT&T MOBILITY | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), settlement, and by agreement of

the parties, Plaintiff, Lee Momient, and Defendants, EOS CCA, US ASSET MANAGEMENT,

INC., and AT&T MOBILITY, stipulate to the dismissal of claims against Defendant with prejudice

and without costs.

Respectfully submitted,

DEFENDANT EOS, CCA

/s/ Palak N. Shah
Palak N. Shah
David M. Schutlz
Palak N. Shah
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
pshah@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **April 11, 2016,** I electronically filed the forgoing **Agreed Stiuplation of Dismissal** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served upon all parties of record with a copy of the same to be served by regular mail and electronic mail to the following:

Lee Momient
P.O. Box 608082
Chicago IL 60660
*Pro Se*

HINSHAW & CULBERTSON LLP

*/s/ Palak N. Shah*
Palak N. Shah

2